# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 AUG 19  PM 4: 37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CR. No. 04-20466-Br |
| | ) |
| DWAYNE BECTON, | ) |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have **Dwayne Becton, No. B64923**, now being detained in the Vandalia Correctional Center, appear before the **Honorable Judge J. Daniel Breen**, on **Monday, September 26, 2005**, at **9:30 a.m.**, for a **Report Date** and for such other appearances as this Court may direct.

Respectfully submitted, this 19th day of August, 2005.

TIMOTHY R. DiSCENZA
Assistant U. S. Attorney

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

Upon consideration of the foregoing Application, **David Jolley, U.S. Marshal, Western District of Tennessee, Memphis, TN Sheriff/Warden, Shelby County Jail.**

YOU ARE HEREBY COMMANDED to have **Dwayne Becton, No. 340601**, appear before the **Honorable Judge J. Daniel Breen**, at the date and time aforementioned.

ENTERED this 19th day of August, 2005.

UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-22-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:04-CR-20466 was distributed by fax, mail, or direct printing on August 22, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT